■ MARK C. FRANK, Respondent, v LAURIE A. FRANK, Appellant. (Appeal No. 1.) [731 NYS2d 427] —Appeal unanimously dismissed without costs (see, Matter of Ozolins [appeal No. 2], 65 AD2d 958). (Appeal from Judgment of Supreme Court, Chautauqua County, Ward, J.—Matrimonial.) Present—Pigott, Jr., P. J., Green, Pine, Scudder and Lawton, JJ.